# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALEXANDER CARBONELL,**

      **Plaintiff,**

**v.**                                                       **Case No:  6:11-cv-400-Orl-22DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court for judicial review of a final decision of the Commissioner of the Social Security Administration denying his claim for Disability Insurance Benefits and Supplemental Security Income benefits under the Social Security Act (Doc. No. 1).

The United States Magistrate Judge has submitted a report recommending that the decision be reversed and remanded pursuant to sentence four of 42 U.S.C. §405(g), that the Clerk be directed to enter judgment, and that the case be closed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 11, 2012 (Doc. No. 19), is ADOPTED and CONFIRMED and made a part of this Order.

2. The final decision of the Commissioner of the Social Security Administration denying the claim for Disability Insurance Benefits and Supplemental Security Income benefits under the Social Security Act is hereby REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. §405(g).  The Clerk is directed to enter judgment accordingly.

3. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on May 29, 2012.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record