# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALEXANDER CARBONELL,**

    **Plaintiff,**

**v.**                                                                     **Case No: 6:11-cv-400-Orl-22DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 24) filed on June 9, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 14, 2012 (Doc. No. 25), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Uncontested Petition for Attorney's Fees is hereby GRANTED in part.

3. The Clerk is directed to enter Judgment providing that the Plaintiff is awarded attorney's fees of $4,676.76 and costs of $350.

**DONE** and **ORDERED** in Orlando, Florida on June 28, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties